# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA    :   No. 140 MM 2018

v.      :

BLK SAMSUNG SMART PHONE/BLACK RUBBER CASE    :

Petitioner    :

PETITION OF: ISAAC BILAL PEARSON    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2018, the Petition for Writ of Mandamus is DENIED.